UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>                      Plaintiff,<br>    v.<br><br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, et al.,<br><br>                      Defendants. | Case No. 2:25-cv-00488-ART-BNW<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      *Pro se* Plaintiff Robert W. Johnson filed this action in March 2025 against New York agencies and officials. (ECF No. 1.) Magistrate Judge Brenda Weksler issued a report and recommendation ("R&R") finding venue improper and recommending that the Court dismiss Plaintiff's complaint without leave to amend. (ECF No. 4.)

      Under the Federal Magistrates Act, a Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

      Plaintiff has not filed an objection to Judge Weksler's R&R and his time to do so has now expired. (ECF No. 4.) The Court agrees with Judge Weksler's finding that Plaintiff's complaint bears no relation to the District of Nevada and that this Court therefore lacks venue. However, the Court finds that dismissal without prejudice is appropriate. *See Costlow v. Weeks*, 790 F.2d 1486, 1487 (9th Cir. 1986).

1

**Conclusion**

It is therefore ordered that Judge Weksler's report and recommendation (ECF No. 4) is adopted insofar as it recommends dismissal.

Accordingly, this action is dismissed without prejudice.

The Clerk of the Court is directed to close this case and enter judgment accordingly.

DATED: April 7, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE